DOROTHY WHITHERS, Appellant, v. NEWS SYNDICATE CO., INC., et al., Respondents.— The showing of destitution is complete and, in the opinion of this court, the motion should have been granted. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

MORGAN A. WUSTER et al., Respondents, v. THE TOWN OF NORTH HEMPSTEAD, Appellant, Impleaded with Others.—

No opinion. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.